IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00880-REB-MJW

UMG RECORDING, INC., et al.,

Plaintiff,

v.

JACOB RICHARDS,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the [Stipulated Motion for Protective Order] Stipulation to Protective Order [sic](docket no. 16) is GRANTED and APPROVED and made an Order of Court.

Date: August 4, 2008