IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-0080-REB-MJW

UMG RECORDINGS, INC., *et al.*,

Plaintiffs,

v.

JACOB RICHARDS,

Defendant.

---

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO VACATE SCHEDULING/PLANNING CONFERENCE DUE TO SETTLEMENT ( Docket NO. 22 )

---

This matter comes before the Court on Plaintiffs' Unopposed Motion to Vacate Scheduling/Planning Conference Due to Settlement ("Motion"). Having reviewed the Motion and being fully advised, the Court GRANTS the Motion, and ORDERS that the Scheduling/Planning Conference set for August 7, 2008 at 9:30 a.m. is hereby vacated. The Court further ORDERS that the parties have up to and including September 4, 2008 to file closing papers related to this matter.

DONE this 5Th day of August 2008.

By: _____
HON. MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE