IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00880-REB-MJW

UMG RECORDING INC., a Delaware corporation,
CAPITOL RECORDS, INC., a Delaware corporation,
SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, and
WARNER BROS. RECORDS INC., a Delaware corporation,

    Plaintiffs,

v.

JACOB RICHARDS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the plaintiff's **Notice of Dismissal Without Prejudice** [#25] filed September 4, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice** [#25] filed September 4, 2008, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 8, 2008, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**